B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Four Unlikely Friends, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Swirlz Cupcakes** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-4577905** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**705 West Belden Avenue**<br>**Chicago, IL**<br>ZIP Code **60614** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(4/10)** Page 2

| Voluntary Petition  *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Four Unlikely Friends, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)             Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Four Unlikely Friends, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Patrick M. Jones**
Signature of Attorney for Debtor(s)

**Patrick M. Jones 6271256**
Printed Name of Attorney for Debtor(s)

**SmithAmundsen LLC**
Firm Name

**150 North Michigan Avenue**
**Suite 3300**
**Chicago, IL 60601-7524**

Address

**312.894.3200 Fax: 312.894.3210**
Telephone Number

**January 12, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Brandon Mayberry**
Signature of Authorized Individual

**Brandon Mayberry**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**January 12, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Four Unlikely Friends, LLC**                                    Case No. _____
                                       Debtor(s)                          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Bags & Bows** <br>P.O. Box  88042 <br>Chicago, IL 60680 | **Bags & Bows** <br>P.O. Box  88042 <br>Chicago, IL 60680 | **Provided goods to debtor.** | | **1,100.50** |
| **Blue Cross/Blue Shield** <br>300 East Randolph <br>Chicago, IL 60601 | **Blue Cross/Blue Shield** <br>300 East Randolph <br>Chicago, IL 60601 | **Issued insurance policy to debtor.** | | **1,006.45** |
| **Brandon Mayberry** <br>101 West 24th Street, Apt. 22B <br>New York, NY 10011 | **Brandon Mayberry** <br>101 West 24th Street, Apt. 22B <br>New York, NY 10011 | **Member loan to debtor.** | | **101,164.11** |
| **Chase** <br>P.O. Box 15153 <br>Wilmington, DE 19886-5153 | **Chase** <br>P.O. Box 15153 <br>Wilmington, DE 19886-5153 | **Provided financing to debtor.** | | **11,637.74** |
| **CNA Insurance** <br>333 South Wabash Avenue <br>Chicago, IL 60614 | **CNA Insurance** <br>333 South Wabash Avenue <br>Chicago, IL 60614 | **Provided insurance policy to debtor.** | | **1,266.30** |
| **Diane Primo** <br>180 West Laurel <br>Lake Forest, IL 60045 | **Diane Primo** <br>180 West Laurel <br>Lake Forest, IL 60045 | **Provided services to debtor.** | | **3,500.00** |
| **Estate of Margot Chapman** <br>c/o Sheribel Rothenberg <br>36 South Wabash, Suite 1310 <br>Chicago, IL 60603 | **Estate of Margot Chapman** <br>c/o Sheribel Rothenberg <br>36 South Wabash, Suite 1310 <br>Chicago, IL 60603 | **Member loan to debtor.** | | **32,398.43** |
| **James Vourvoulias Accounting** <br>6659 North  Avondale <br>Chicago, IL 60631-1507 | **James Vourvoulias Accounting** <br>6659 North  Avondale <br>Chicago, IL 60631-1507 | **Provided services to debtor.** | | **6,010.00** |
| **Koplin Construction & Design Ltd.** <br>2419 Riverwoods Road <br>Deerfield, IL 60015 | **Koplin Construction & Design Ltd.** <br>2419 Riverwoods Road <br>Deerfield, IL 60015 | **Provided services to debtor.** | | **7,000.00** |
| **Krasnow, Saunders Cornblath LLP** <br>500 North Dearborn, St. #200 <br>Chicago, IL 60654 | **Krasnow, Saunders Cornblath LLP** <br>500 North Dearborn, St. #200 <br>Chicago, IL 60654 | **Provided services to debtor.** | | **2,182.89** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Four Unlikely Friends, LLC**　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Lathrop & Gage**<br>**1888 Century Park East**<br>**Suite 1000**<br>**Los Angeles, CA 90067** | **Lathrop & Gage**<br>**1888 Century Park East   Suite 1000**<br>**Los Angeles, CA 90067** | **Provided services to debtor.** | | **10,985.51** |
| **McGuffin Creative Group**<br>**566 West Adams Street**<br>**Chicago, IL 60661** | **McGuffin Creative Group**<br>**566 West Adams Street**<br>**Chicago, IL 60661** | **Provided services to debtor.** | | **985.00** |
| **Microprint**<br>**1294 Lakeview Drive**<br>**Romeoville, IL 60446** | **Microprint**<br>**1294 Lakeview Drive**<br>**Romeoville, IL 60446** | **Provided services to debtor.** | | **1,125.50** |
| **MT Food Service**<br>**400 North Noble Street**<br>**Chicago, IL 60642** | **MT Food Service**<br>**400 North Noble Street**<br>**Chicago, IL 60642** | **Provided goods and/or services to the debtor.** | | **852.12** |
| **Neil Tormon**<br>**1930 North 74th Court**<br>**Elmwood Park, IL 60707** | **Neil Tormon**<br>**1930 North 74th Court**<br>**Elmwood Park, IL 60707** | **Member loan to debtor.** | | **91,429.88** |
| **Pamela L. Rose**<br>**1259 Golf View Drive**<br>**Woodridge, IL 60517** | **Pamela L. Rose**<br>**1259 Golf View Drive**<br>**Woodridge, IL 60517** | **Member loan to debtor.** | | **61,260.00** |
| **PNC Bank**<br>**1000 North Neltnor Boulevard**<br>**West Chicago, IL 60185** | **PNC Bank**<br>**1000 North Neltnor Boulevard**<br>**West Chicago, IL 60185** | **Provided line of credit used in debtor's business.** | | **13,186.66** |
| **PNC Bank**<br>**PO Box 747032**<br>**Pittsburgh, PA 15274** | **PNC Bank**<br>**PO Box 747032**<br>**Pittsburgh, PA 15274** | **Provided line of creditor used in debtor's business.** | | **5,000.00** |
| **Qzina Speciality Foods**<br>**3701 North 25th Avenue**<br>**Schiller Park, IL 60176** | **Qzina Speciality Foods**<br>**3701 North 25th Avenue**<br>**Schiller Park, IL 60176** | **Provided goods and/or services to the debtor.** | | **822.35** |
| **Ungaretti & Harris LLP**<br>**3500 Three First National Plaza**<br>**70 West Madison**<br>**Chicago, IL 60602** | **Ungaretti & Harris LLP**<br>**3500 Three First National Plaza**<br>**70 West Madison**<br>**Chicago, IL 60602** | **Provided legal services to debtor.** | | **1,010.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 12, 2011**　　　　　　　　　　　Signature  **/s/ Brandon Mayberry**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Brandon Mayberry**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

.

Alliance Paper and Food Service
11058 West Addison Street
Franklin Park, IL 60131


Arrow Messenger Service
1322 West Walton
Chicago, IL 60642


Bags & Bows
P.O. Box 88042
Chicago, IL 60680


Blue Cross/Blue Shield
300 East Randolph
Chicago, IL 60601


Brandon Mayberry
101 West 24th Street, Apt. 22B
New York, NY 10011


Chase
P.O. Box 15153
Wilmington, DE 19886-5153


CNA Insurance
333 South Wabash Avenue
Chicago, IL 60614


Diane Primo
180 West Laurel
Lake Forest, IL 60045


Estate of Margot Chapman
c/o Sheribel Rothenberg
36 South Wabash, Suite 1310
Chicago, IL 60603


James Vourvoulias Accounting
6659 North Avondale
Chicago, IL 60631-1507


Koplin Construction & Design Ltd.
2419 Riverwoods Road
Deerfield, IL 60015

Krasnow, Saunders Cornblath LLP
500 North Dearborn, St. #200
Chicago, IL 60654


Lathrop & Gage
1888 Century Park East   Suite 1000
Los Angeles, CA 90067


Margot Chapman
c/o Sheribel Rothenberg
36 South Wabash, Suite 1310
Chicago, IL 60603


McGuffin Creative Group
566 West Adams Street
Chicago, IL 60661


Microprint
1294 Lakeview Drive
Romeoville, IL 60446


MT Food Service
400 North Noble Street
Chicago, IL 60642


Neil Tormon
1930 North 74th Court
Elmwood Park, IL 60707


Pamela L. Rose
1259 Golf View Drive
Woodridge, IL 60517


PNC Bank
1000 North Neltnor Boulevard
West Chicago, IL 60185


PNC Bank
PO Box 747032
Pittsburgh, PA 15274


Qzina Speciality Foods
3701 North 25th Avenue
Schiller Park, IL 60176

```
Rockwood Co
attn: Dan Berman
20 North Wacker Drive   Suite 960
Chicago, IL 60606


Rockwood Co
attn: Amy Homer
20 North Wacker Drive   Suite 960
Chicago, IL 60606


Ungaretti & Harris LLP
3500 Three First National Plaza
70 West Madison
Chicago, IL 60602
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Four Unlikely Friends, LLC**                              Case No.
                                    Debtor(s)                      Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Four Unlikely Friends, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■  None [*Check if applicable*]

**January 12, 2011**                              **/s/ Patrick M. Jones**
Date                                              **Patrick M. Jones 6271256**
                                                  Signature of Attorney or Litigant
                                                  Counsel for  **Four Unlikely Friends, LLC**
                                                  **SmithAmundsen LLC**
                                                  **150 North Michigan Avenue**
                                                  **Suite 3300**
                                                  **Chicago, IL 60601-7524**
                                                  **312.894.3200 Fax:312.894.3210**