IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOUR UNLIKELY FRIENDS, LLC, | ) | Case No. 11 B 1163 |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |

**FINAL ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER
AUTHORIZING DEBTOR TO INCUR POSTPETITION DEBT AND TO PROVIDE
SECURITY AND OTHER RELIEF TO THE LENDERS**

This matter came before this Court on the motion (the "Motion") of Four Unlikley Friends, LLC (the "Debtor") requesting that this Court enter an order authorizing Debtor to incur Postpetition Debt and provide security and other relief to the Lenders.

No objections having been filed, THE MOTION IS GRANTED as follows:

1. The Debtor is authorized to incur Postpetition Debt in an amount up to $50,000 on substantially similar terms as the Loan Agreement attached to the Motion.

2. The Postpetition Debt is hereby granted superpriority administrative expense status under Section 364(c)(1) of the Bankruptcy Code, with priority over all costs and expenses of administration of the Case that are incurred under any provision of the Bankruptcy Code, other than the Carveout and fees payable to the United States Trustee pursuant to 28 U.S.C. § 1930.

3. The Carveout shall consist of (i) the unpaid fees of the Clerk of the Bankruptcy Court or District Court, as applicable, and of the United States Trustee pursuant to 28 U.S.C. § 1930(a) and (b); and (ii) the aggregate allowed unpaid fees and expenses payable under sections 330 and 331 of the Bankruptcy Code to professional

persons retained pursuant to Court order by the Debtor and incurred prior to the occurrence of either a default in the payment when due of principal, or default in the observance or performance of any covenants set forth in the Loan Agreement.

4. Nothing herein shall be construed as consent to the allowance of any fees, costs or expenses of the professionals retained by Debtor or shall affect the right of any party to object to the allowance and payment of such fees, costs or expenses.

ENTERED:

By: _____
Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**1 6 FEB 2011**

Order Prepared By:

Patrick M. Jones, ARDC No. 6271256
SMITH AMUNDSEN, LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601-7524
Telephone: 312.894.3200
Facsimile: 312.894.3210