IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOUR UNLIKELY FRIENDS, LLC, | ) | Case No. 11 B 1163 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |

### AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on February 8, 2012 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable A. Benjamin Goldgar, or any other Judge sitting in his stead, in the Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 613, in Chicago, Illinois, and present the Motion for Entry of Final Decree, a copy of which was previously served upon you.

FOUR UNLIKELY FRIENDS, LLC,

By: /s/ Patrick M. Jones
   One of its Attorneys

Patrick M. Jones, ARDC No. 6271256
SMITHAMUNDSEN, LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601-7524
Telephone: 312.894.3200
Facsimile: 312.894.3210

## CERTIFICATE OF SERVICE

I, Patrick M. Jones, an attorney, hereby certify that I caused true and correct copies of the attached Amended Notice of Motion to be served upon the attached service list via first class, United States mail, postage pre-paid on this the 1st day of February, 2012 and electronically via the court's Electronic Document Filing System.

/s/ *Patrick M. Jones*

## SERVICE LIST

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Rm. 873
Chicago, IL 60601
*US Trustee*

Alliance Paper and Food Service
11058 West Addison Street
Franklin Park, IL 60131

Arrow Messenger Service
1322 West Walton
Chicago, IL 60642

Bags & Bows
P.O. Box 88042
Chicago, IL 60680

Blue Cross/Blue Shield
300 East Randolph
Chicago, IL 60601

Brandon Mayberry
101 West 24th Street, Apt. 22B
New York, NY 10011

CNA Insurance
333 South Wabash Avenue
Chicago, IL 60614

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Diane Primo
180 West Laurel
Lake Forest, IL 60045

Estate of Margot Chapman
c/o Sheribel Rothenberg
36 S. Wabash, #1310
Chicago, IL 60603

James Vourvoulias Accounting
6659 North Avondale
Chicago, IL 60631-1507

Koplin Construction & Design Ltd.
2419 Riverwoods Road
Deerfield, IL 60015

Krasnow, Saunders Cornblath LLP
500 North Dearborn, St. #200
Chicago, IL 60654

Lathrop & Gage
1888 Century Park East Suite 1000
Los Angeles, CA 90067

MT Food Service
400 North Noble Street
Chicago, IL 60642

McGuffin Creative Group
566 West Adams Street
Chicago, IL 60661

Microprint
1294 Lakeview Drive
Romeoville, IL 60446

PNC Bank
Attn: Linda Cunningham
3232 Newmark Drive (B6-YM15-01-6)
Miamisburg, OH 45342

Pamela L. Rose
1259 Golf View Drive
Woodridge, IL 60517

Qzina Speciality Foods
3701 North 25th Avenue
Schiller Park, IL 60176

Rockwood Co
attn: Amy Homer
attn: Dan Berman
20 North Wacker Drive Suite 960
Chicago, IL 60606

Ungaretti & Harris LLP
3500 Three First National Plaza
70 West Madison
Chicago, IL 60602

John E. Gierum
GIERUM & MANTAS
9700 West Higgins Road
Suite 1050
Rosemont, IL 60018
Attorney for Neil Tormon

Forrest L. Ingram
Forrest L. Ingram P.C.
79 W. Monroe
Suite 900
Chicago, IL 60603
Attorney on Appeal for Neil Tormon

1