## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOUR UNLIKELY FRIENDS, LLC, | ) | Case No. 11 B 1163 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |

### ORDER OF FINAL DECREE

This cause coming to be heard on the Debtor's Motion for Entry of Final Decree, the Court having jurisdiction over the parties and subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED:

1. The Motion is granted;

2. The Debtor's Plan has been substantially consummated in accordance Section 1101(2)(c) of the Bankruptcy Code; and

3. The Debtor's Chapter 11 bankruptcy case is closed.

ENTERED:

By: _____
Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**0 8 FEB 2012**

Order Prepared By:

Patrick M. Jones, ARDC No. 6271256
SMITHAMUNDSEN, LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601-7524
Telephone: 312.894.3200
Facsimile: 312.894.3211

3